IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HAROLD OVERTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:22-01770-L |
| | § | |
| NAVAJO EXPRESS, INC. AND | § | |
| DAVID MATTHEW FADULE, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' APPENDIX TO MOTION FOR PARTIAL
SUMMARY JUDGMENT & BRIEF IN SUPPORT**

Exhibit A   Excerpts from the Oral and Videotaped Deposition of Jay Thomas (DEF APPENDIX 0001 – 0011).

Respectfully submitted,

By:   /s/ *Michael D. Colvin*
Zach T. Mayer
State Bar No. 24013118
zmayer@mayerllp.com
Michael D. Colvin
State Bar No. 00790489
mcolvin@mayerllp.com

**MAYER LLP**
750 N. Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone:  214-379-6900
Facsimile:  214-379-6939

**ATTORNEYS FOR DEFENDANTS
DAVID FADULE AND NAVAJO
EXPRESS, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 17, 2023, a copy of this document was served on all parties and counsel of record via the Court's electronic filing system.

                                      /s/ *Michael D. Colvin*
                                      Michael Colvin

# EXHIBIT "A"

DEF APPENDIX 0001

Jay Thomas  30(b)(6)
July 21, 2023

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Civil Action No. 1:22-CV-001100-H
_____

RULE 30(b)(6) VIDEOTAPE DEPOSITION OF:
JAY THOMAS - July 21, 2023
Navajo Express, Inc.
_____

HAROLD OVERTON,

Plaintiff,

v.

NAVAJO EXPRESS, INC., AND DAVID MATTHEW FADULE,

Defendants.
_____

      PURSUANT TO NOTICE, the Rule 30(b)(6) videotape deposition of JAY THOMAS, Navajo Express, Inc., was taken on behalf of the Plaintiff at 1001 17th Street, Suite 300, Denver, Colorado 80202, on July 21, 2023 at 8:53 a.m., before Ellie K. Liebenow, Registered Professional Reporter and Notary Public within Colorado.

Jay Thomas  30(b)(6)  
July 21, 2023

```
                       Jay Thomas  30(b)(6)
 1                  A P P E A R A N C E S
                       July 21, 2023

 2    For the Plaintiff:

 3              LANGDON "TREY" SMITH, ESQ.
                TANNER C. FORMAN, ESQ.
 4              Jim S. Adler & Associates
                3D/International Tower
 5              1900 West Loop South
                20th Floor
 6              Houston, Texas 77027
                lsmith@jimadler.com
 7              tforman@jimadler.com

 8
      For the Defendants:
 9
                MICHAEL D. COLVIN, ESQ.
10              Mayer LLP
                750 North St. Paul Street
11              Suite 700
                Dallas, Texas 75201
12              mcolvin@mayerllp.com

13
      Also Present:
14
                Michael Banks, Videographer
15

16

17

18

19

20

21

22

23

24

25
              U.S. Legal Support | www.uslegalsupport.com
```

**DEF APPENDIX 0003**

Jay Thomas  30(b)(6)
July 21, 2023

| | |
|---|---|
| 1 | liability insurance that Navajo Express has that was |
| 2 | in effect and applicable to the claims of Harold |
| 3 | Overton, is it only the $5 million policy that's been |
| 4 | produced in the case? |
| 5 |     A.   Yes. |
| 6 |     Q.   There's no excess? |
| 7 |     A.   No. |
| 8 |     Q.   Describe in general, at least as of |
| 9 | February of 2020, Navajo's policies and procedures as |
| 10 | they relate to hiring drivers and qualifying drivers. |
| 11 |     A.   The recruiting department has recruiters |
| 12 | that will answer questions, take applications on-line |
| 13 | for drivers that have applied for employment.  They |
| 14 | will discuss with that driver, ask them questions, and |
| 15 | discuss our available openings to see if there's going |
| 16 | to be a match.  They're going to review the |
| 17 | application and make sure that the application is |
| 18 | completely filled out and that the driver has |
| 19 | supposedly disclosed everything.  Then at that time, |
| 20 | if the driver is interested in coming, they will move |
| 21 | that electronic application over to another party, a |
| 22 | background investigator in the recruiting department. |
| 23 | The background investigator will then run the MVR, the |
| 24 | PSP, the CDLIS, the DAC report, criminal background. |
| 25 | There may be a couple others they run, but they run |

Jay Thomas  30(b)(6)
July 21, 2023

| | |
|---|---|
| 1 | all the reports that are required to be ran.  PS -- I |
| 2 | said PSP.  And if the driver then meets the |
| 3 | qualification standards set by the company, then they |
| 4 | will schedule that driver for orientation.  Well, that |
| 5 | goes back to the recruiter and the recruiter schedules |
| 6 | the driver for orientation.  Once the driver arrives |
| 7 | in orientation, he will begin completing the rest of |
| 8 | his paperwork for his driver qualification file, and |
| 9 | the orientation or onboarding assistant will be |
| 10 | gathering that and submitting that to the safety |
| 11 | department.  The driver then is going to be tested on |
| 12 | his backing skills, his human performance evaluation, |
| 13 | a pretrip inspection, a road test of at least seven |
| 14 | miles.  And then they will attend the rest of |
| 15 | orientation, which is basically training by -- or |
| 16 | performed by various departments or topics.  Could be |
| 17 | hours of service, vehicle maintenance, how to put |
| 18 | chains on, et cetera.  Once the -- we will drug test |
| 19 | and perform a physical on the driver.  They're |
| 20 | in-house.  Once the results of those come back and |
| 21 | orientation has been completed after three -- two and |
| 22 | a half to three days, the driver is assigned to a |
| 23 | truck, introduced to his dispatcher.  And from there, |
| 24 | he's handed off to the operations department, he or |
| 25 | she. |

Jay Thomas  30(b)(6)
July 21, 2023

```
 1        A.   No.
 2        Q.   Is he still employed with the company?
 3        A.   No.
 4        Q.   And when did Mr. Haggerty leave the
 5   company?
 6        A.   December of last year.
 7        Q.   So December of 2022?
 8        A.   Correct.
 9        Q.   And why did Mr. Haggerty leave the
10   company?
11        A.   He took a new position with FFE in
12   Dallas, Texas.
13        Q.   To your knowledge, did Mr. Haggerty
14   leaving Navajo Express have anything to do with
15   inadequate performance in his role as director of
16   safety?
17        A.   No.
18        Q.   And describe the training that safety
19   was providing to the new hire -- the new driver hires
20   at orientation in February of 2020.
21        A.   They cover a lot of material.  They're
22   covering hours of service.  They're covering accident
23   procedures.  They're covering OS&D or over, short, and
24   damaged for those not in trucking.  They're covering,
25   you know, proper procedures, you know, out on the
```

Jay Thomas  30(b)(6)
July 21, 2023

1  roadway, following distances, how to use your
2  communication devices in the truck.  They're given DOT
3  testing.  I'm sure I've missed something, but it's
4  pretty in-depth.
5        Q.   As part of this training process by
6  safety at orientation, are tangible materials used,
7  for example, handouts, PowerPoints, manuals, things of
8  that nature?
9        A.   Yes, some of them is -- or are.
10       Q.   As it -- what -- I'm sure -- I've seen
11 Navajo Express's driver policy manual, so I'm sure
12 that's discussed in some capacity?
13       A.   Yes.
14       Q.   What other tangible materials are
15 provided to the drivers and used in training the
16 drivers related to this safety process?
17       A.   Hours of service, they're given hours of
18 service paperwork.  They're given -- we actually have
19 them filling out logs, you know, for the ones that
20 might not have ever filled out a paper log.  So we go
21 over all that.  We do some trip planning where they're
22 given some loads and stuff on the tablet that's going
23 to be in their truck, and they need to plan their trip
24 and their fuel stops, their rest breaks, and so forth
25 associated with hours of service.  They're given a DOT

Jay Thomas  30(b)(6)
July 21, 2023

```
 1   exam.  They're given alcohol and drug policies.
 2   They're given distracted driving policies.  That's all
 3   I can think of off the top of my head.
 4           Q.  Take us through the accident procedure
 5   training that the new hires receive during the
 6   orientation.
 7           A.  We have a video that covers all of that.
 8   It is custom content, so it's tailored straight to our
 9   company or specific to our company.  It talks about,
10   you know, making sure that you check for injuries, you
11   call 911, you send in a Macro 10, which is on their
12   device that breaks our screen to let us know there was
13   an accident, breaks all the screens in the company, so
14   all dispatch and all safety know that a truck was
15   involved in an accident.
16                They're given step-by-step instructions
17   that's in the front of their permit book that we go
18   over on -- to call the 24-hour accident line that is
19   with carrier -- or Claims 411, and so they're
20   adjusters and they start working the claim from that
21   angle.  Anything that is involved in an injury or an
22   occupied vehicle, then they're required to escalate
23   that to a member of safety management.  And the
24   drivers are all informed of the processes and so forth
25   of how this -- they're taught how to take the
```

Jay Thomas 30(b)(6)
July 21, 2023

1   pictures, that we want, you know, pictures of all the
2   vehicles, pictures from the scene, distances, pictures
3   of anything that they think is relevant, any damage
4   that wasn't caused by the accident that was on the
5   claimant's vehicle.  So we cover a lot of accident
6   procedures.
7        Q.   Any part of those accident procedures
8   where the drivers are trained to create some sort of
9   written statement as to their perspective on what
10  happened in the wreck?
11       A.   If you're asking do they prepare a
12  written statement after the fact, not always.  Some of
13  them will tell us that or they'll write it out and
14  give it to us, but it's not something that we're going
15  to require.
16       Q.   Navajo Express does not require its
17  drivers to create any type of written statement
18  regarding how or why an accident may have occurred?
19       A.   They've given a verbal statement to the
20  adjusters of Claim 411, which in that period of time
21  could have been before Claim 411 bought the other
22  company, which was -- I can't think of what they used
23  to be called, but they've always called -- I mean,
24  it's always been on to an outside adjusting company.
25       Q.   So if I'm understanding correctly, the

```
                       Jay Thomas  30(b)(6)
 1           I, JAY THOMAS, hereby certify that I
                        July 21, 2023
                       Jay Thomas  30(b)(6)
 2   have read the above and foregoing deposition and that
                        July 21, 2023

 3   the same is a true and accurate transcription of my

 4   testimony, except for attached amendments, if any.

 5           Amendments attached   ( ) Yes   ( ) No

 6

 7

 8                      _____
                        JAY THOMAS
 9

10

11           The signature above of JAY THOMAS was

12   subscribed and sworn to or affirmed before me in the

13   county of _____, state of

14   _____, this _____ day of

15   _____, 2023.

16

17

18                      _____
                        Notary Public
19                      My Commission expires:

20

21

22

23

24
             U.S. Legal Support | www.uslegalsupport.com
25   Harold Overton 7/22/23 (ekl)
             U.S. Legal Support | www.uslegalsupport.com        126
```

```
                        Jay Thomas  30(b)(6)
1                 REPORTER'SyCERTIFICATE
                        Jay Thomas  30(b)(6)
2    STATE OF COLORADO      July 21, 2023
                          )  ss.
3    CITY AND COUNTY OF DENVER )

4

              I, ELLIE K. LIEBENOW, Registered
5    Professional Reporter and Notary Public ID
     20034039357, State of Colorado, do hereby certify that
6    previous to the commencement of the examination, the
     said JAY THOMAS was duly sworn or affirmed by me to
7    testify to the truth in relation to the matters in
     controversy between the parties hereto; that the said
8    deposition was taken in machine shorthand by me at the
     time and place aforesaid and was thereafter reduced to
9    typewritten form; that the foregoing is a true
     transcript of the questions asked, testimony given,
10   and proceedings had.

11            I further certify that I am not employed
     by, related to, nor of counsel for any of the parties
12   herein, nor otherwise interested in the outcome of
     this litigation.
13
              IN WITNESS WHEREOF, I have affixed my
14   signature this __24th__ day of July, 2023.

15            My commission expires November 18, 2023.

16
     __X__ Reading and Signing was requested.
17
     _____ Reading and Signing was waived.
18
     _____ Reading and Signing is not required.
19

20

                    _____
21                  Ellie K. Liebenow
22                  Registered Professional Reporter

23

24
            U.S. Legal Support | www.uslegalsupport.com
25
         U.S. Legal Support | www.uslegalsupport.com       127
```